Peggy J. CONNOR et al., Plaintiffs,

and

United States of America,
Plaintiff-Intervenor,

v.

Cliff FINCH et al., Defendants.

Civ. A. No. 3830(A).

United States District Court,
S. D. Mississippi,
Jackson Division.

April 13, 1979.

Frank R. Parker, Jackson, Miss., for plaintiffs.

Gerald W. Jones, U. S. Dept. of Justice, Washington, D. C., for plaintiff-intervenor.

A. F. Summer, Atty. Gen., Jackson, Miss., for defendants.

Before COLEMAN, Circuit Judge, and RUSSELL and COX, District Judges.

PER CURUIM:

## FINAL JUDGMENT REAPPORTIONING THE MISSISSIPPI LEGISLATURE

Plaintiffs, black citizens of the United States and residents and registered voters of the State of Mississippi qualified to vote in state legislative elections, having filed this action as a class action on behalf of all others similarly situated, and this action having proceeded as a class action on behalf of the class defined as all black citizens and registered voters of the State of Mississippi qualified to vote in state legislative elections, and plaintiffs having filed their Amended Complaint herein on April 15, 1975, and defendants having filed their answer on April 21, 1975, and the United States having been granted leave to intervene on June 11, 1975, and in conformity with the mandate of the United States Supreme Court in *Connor v. Finch*, 431 U.S. 407, 97 S.Ct. 1828, 52 L.Ed.2d 465 (1977), this action having gone to trial on November 21 and 22, 1977, and trial having been completed on February 14, 1978, and the parties having waived findings of fact and conclusions of law, and the Court finding that the districts provided herein meet the requirements of a court-ordered legislative reapportionment plan and that the entry of this plan in compliance with the mandate of the United States Supreme Court, dated March 26, 1979, would serve the ends of justice, it is

ORDERED, ADJUDGED, and DE-CREED that the defendants Cliff Finch, Governor of Mississippi, A. F. Summer, Attorney General of Mississippi, Heber Ladner, Secretary of State of the State of Mississippi, being the Election Commissioners of the State of Mississippi, their officers, agents, servants, employees, attorneys, successors in office and all persons in active concert and participation with them, are hereby permanently enjoined as follows:

1. The following state legislative districts for the Mississippi Senate and House of Representatives are hereby ordered into full force and effect for the 1979 regular state legislative elections and thereafter unless and until altered according to law:

### THE MISSISSIPPI STATE SENATE

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|-----------|-------------|------------|------------------|--------------------|--------------------|
| 1 | DESOTO COUNTY: TUNICA COUNTY: Precincts 1, 2, 3, 4, 5, 7, and 9 | 43,800 | 2.73% | 41.68% | 36.21% |
| 2 | THE COUNTIES OF MARSHALL and TATE | 42,571 | -0.14% | 55.55% | 48.39% |
| 3 | THE COUNTIES OF BENTON, PONTOTOC, and UNION | 43,964 | 3.12% | 20.90% | 16.76% |
| 4 | THE COUNTIES OF ALCORN and TIPPAH | 43,031 | 0.93% | 13.42% | 11.50% |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| 5 | PRENTISS COUNTY: TISHOMINGO COUNTY: ITAWAMBA COUNTY: Precincts in Beat 1 and 5; the Precincts of Oakland, Tremont and Wigginton | 42,615 | -0.00% | 7.64% | 6.34% |
| 6 | MONROE COUNTY: ITAWAMBA COUNTY: Precincts in Beats 2 and 3; the Precincts of Hampton, Fulton IV, James Creek, New Salem, Turon and Tilden | 43,348 | +1.68% | 26.56% | 22.50% |
| 7 | LEE COUNTY: Except the Precincts of Palmetto, Old Union, Pleasant Grove, Brewer and Shannon | 41,679 | -2.24% | 19.22% | 16.96% |
| 8 | CHICKASAW COUNTY: CALHOUN COUNTY: Except the Precincts of Pittsboro, Reid, East Bruce, Pitts, Sarepta, Banner, Ellard, Herron, Reynolds and West Bruce CLAY COUNTY: Except the Precincts of Cedar Bluff, South West Point, East West Point, Tibbee, Union Star and Vinton LEE COUNTY: The Precincts of Palmetto, Old Union, Pleasant Grove, Brewer, and Shannon | 41,662 | -2.28% | 39.50% | 33.61% |
| 9 | LAFAYETTE COUNTY: CALHOUN COUNTY: The Precincts of Pittsboro, Reid, East Bruce, Sarepta, Ellard, Reynolds, West Bruce, Banner, and Herron YALOBUSHA COUNTY: Except the Precincts of Oakland, Scobey, and Tillatoba | 40,727 | -4.47% | 29.73% | 23.15% |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| 10 | THE COUNTIES OF GRENADA and TALLAHATCHIE and the following Precincts in YALOBUSHA COUNTY: Scobey, Tillatoba, and Oakland | 41,248 | -3.24% | 51.93% | 44.24% |
| 11 | THE COUNTIES OF PANOLA and QUITMAN | 42,717 | 0.19% | 53.54% | 46.34% |
| 12 | COAHOMA COUNTY: TUNICA COUNTY: Precincts 6,8, and 10 | 44,386 | 4.11% | 65.29% | 59.17% |
| 13 | BOLIVAR COUNTY: Except the Precincts of Duncan-Alligator and Shelby | 43,253 | 1.45% | 59.54% | 51.04% |
| 14 | WASHINGTON COUNTY: The Precincts of Extension Building, Episcopal Church, American Legion, Brent Center, Police Station, Leland City Hall, Leland Community Center, Industrial College, and Brown Community Center | 41,199 | -3.36% | 61.95% | |
| 15 | SUNFLOWER COUNTY: BOLIVAR COUNTY: The Precincts of Duncan-Alligator and Shelby | 43,203 | 1.33% | 64.45% | 56.79% |
| 16 | LEFLORE COUNTY | 42,111 | -1.22% | 57.88% | 51.79% |
| 17 | THE COUNTIES OF CARROLL, CHOCTAW, MONTGOMERY, and WEBSTER, plus the following area in ATTALA COUNTY: Beat 2 and the Precincts of Carmack, Salem, and Hesterville | 43,225 | 1.38% | 36.69% | 30.26% |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| 18 | OKTIBBEHA COUNTY: CLAY COUNTY: The Precincts of Cedar Bluff, South West Point, East West Point, Tibbee, Union Star, and Vinton LOWNDES COUNTY: Air Base Precinct | 41,763 | -2.04% | 32.20% | 26.14% |
| 19 | LOWNDES COUNTY: Except Air Base Precinct | 43,077 | 1.04% | 36.00% | 30.90% |
| 20 | KEMPER COUNTY: The following areas in LAUDERDALE COUNTY: the Precincts of Meridian 2C, 4C, 4D, and 5B, Lauderdale, East Lauderdale, Dalewood, Kewanee, Toomsuba, Russell, Bonita, Odom, Vimville, Alamucha, Whynot, Long Creek, Chapman, Center Grove, Causeyville, Zero, East Gap, and that area without the corporate limits of Meridian lying West of Highway 45, South of the South Marion Precinct and North of the East Gap Precinct NOXUBEE COUNTY: Except the Precincts of Mashulaville, Hashuqua, Brooksville, Summerville, and Deerbrook | 43,864 | 2.89% | 56.08% | |
| 21 | THE COUNTIES OF NESHOBA and WINSTON: NOXUBEE COUNTY: The Precincts of Brooksville, Mashulaville, Hashuqua, Summerville, and Deerbrook | 43,866 | 2.89% | 35.38% | |
| 22 | LEAKE COUNTY: ATTALA COUNTY: Except Beat 2 and the Precincts of Salem, Carmack, and Hesterville MADISON COUNTY: Beats 4 and 5, and Canton Precincts 1 and 4 | 43,371 | 1.73% | 28.87% | |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|-----------|-------------|-----------|------------------|--------------------|--------------------|
| 23 | THE COUNTIES OF HOLMES and HUMPHREYS: YAZOO COUNTY: Beat 4, and Deasonville Precinct | 41,605 | -2.41% | 67.11% | 59.86% |
| 24 | THE COUNTIES OF ISSAQUENA and SHARKEY: WASHINGTON COUNTY: The Precincts of Wayside, Glen Allan, Ward's Center, Avon, Arcola, Italian Club, County Garage, Darlove, Bourbon, County Re-creation Center, and Hollandale | 41,056 | -3.70% | 49.75% | |
| 25 | WARREN COUNTY: | 44,981 | 5.50% | 40.80% | 38.33% |

SENATE DISTRICTS

CASE # 3830 (A)

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|-----------|-------------|-----------|------------------|--------------------|--------------------|
| 26 | HINDS COUNTY: Precincts 2, 4, 10, 18, 19, 20, 50, 51, 52, 53, 54, 55, 56, 57, 58, 63, 64 and 66, less and except that part of Precinct 64 south of U.S. Highway 80 | 41,866 | -1.80% | 72.33% | |
| 27 | HINDS COUNTY: Precincts 11, 12, 13, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 59, 60, 61, 62, 83, Cynthia, and that part of Pinehaven south of Northside Drive and that part of Pinehaven west of the Eastern boundary line of Precinct 85 extended to the Northern boundary line of Pinehaven | 43,470 | +1.96% | 63.91% | |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|-----------|-------------|-----------|------------------|-------------------|-------------------|
| 28 | HINDS COUNTY: Precincts 6, 14, 15, 16, 17, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 78, 79, 80, 81, 82, Twin Pines, and Liberty Grove | 44,261 | +3.82% | 4.32% | |
| 29 | HINDS COUNTY: Precincts 1, 5, 8, 9, 47, 49, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 89, 92, 93, 94, 95, 96, and that part of 64 south of U.S. Highway 80 and that part of Byram Precinct north of Southern Section line of Sections 34 and 35, Township 4 north, Range 1 west | 42,380 | -0.59% | 6.42% | |
| 30 | HINDS COUNTY: The Precincts of Pocahontas, Tinnin, Brownsville, Bolton Edwards, Cayuga, Utica 1 and 2, Learned, Raymond 1 and 2, Clinton 1, 2, 3, and 4, Pinehaven less and except that part of Pinehaven described as being in Senate District 27, Midway, Van Winkle 1 and 2, Byram, Old Byram, Terry, Dry Grove, and Chappel Hill | 42,996 | +0.85% | 49.71% | |
| 31 | MADISON COUNTY: Except Beats 4 and 5, and Canton Precincts 1 and 4 YAZOO COUNTY: Except Beat 4 and Deasonville Precinct | 44,018 | +3.25% | 56.03% | |
| 32 | RANKIN COUNTY: | 43,933 | +3.04% | 28.12% | 26.85% |
| 33 | THE COUNTIES OF NEWTON and SCOTT | 40,352 | -5.35% | 30.30% | 26.22% |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| 34 | LAUDERDALE COUNTY: The Precincts of Meridian 1A, 1B, 1C, 2A, 2B, 3A, 3B, 3C, 4A, 4B, 5A, 5C, 5D, 5E, Ponta, Lockhart, East Marion, Marion, South Marion, Daleville, Lizelia, Andrews Chapel, Prospect, Covington, School Gap, Bailey, Obadiah, Shucktown, Nelliesburg, Pine Springs, Center Hill, Martin, Post, Collins-ville, Schamberville, Meehan, Suquelena, South Nelliesburg, Wanita, Sageville, Valley, Pickard, Carmichael, Clarks-dale, Jones Store, and West Lauderdale | 43,086 | 1.06% | 18.67% | 16.11% |
| 35 | THE COUNTIES OF CLARKE, JASPER, and SMITH | 44,604 | 4.62% | 35.19% | 29.64% |
| 36 | JONES COUNTY: Except the Precincts of Blackwell, Center-ville, Pleasant Ridge, Sand Hill, Tuckers, County Barn, Crotts, Ellisville Courthouse, Ovett, Union, Moselle, Pendorf, Pine Grove, Rainey, South Jones, and Shelton | 41,713 | -2.16% | 27.68% | 23.79% |
| 37 | COVINGTON COUNTY: JEFFERSON DAVIS COUNTY: JONES COUNTY: The Precincts of Blackwell, Centerville, Pleasant Ridge, Sand Hill, Tuckers, County Barn, Crotts, Ellisville Courthouse, Ovett, Union, Moselle, Pendorf, Pine Grove, Rainey, South Jones, and Shelton | 41,582 | -2.46% | 32.17% | 27.66% |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| 38 | THE COUNTIES OF LAWRENCE and SIMPSON: COPIAH COUNTY: The Precincts of Crystal Springs East, Crystal Springs West (inside Crystal Springs), Crystal Springs South (inside Crystal Springs), Hazlehurst (outside Hazlehurst), Hazlehurst East (outside Hazlehurst), Georgetown, Union, Wesson, Stronghope, and Beauregard | 42,046 | -1.37% | 32.89% | 28.27% |
| 39 | THE COUNTIES OF LAMAR and MARION: WALTHALL COUNTY: The Precincts of Dexter and Improve | 40,694 | -4.54% | 25.28% | 21.82% |
| 40 | THE COUNTIES OF CLAIBORNE, FRANKLIN, and JEFFERSON: COPIAH COUNTY: Except the Precincts of Crystal Springs East, Crystal Springs West (inside Crystal Springs), Crystal Springs South (inside Crystal Springs), Hazlehurst East (outside Hazlehurst), Hazlehurst (outside Hazlehurst) | 41,179 | -3.41% | 63.31% | 57.39% |
| 41 | ADAMS COUNTY: WILKINSON COUNTY: The Precincts of Fort Adams, Cold Springs, Woodville 4, Woodville 5, Woodville 2, and Woodville 1 | 44,038 | 3.29% | 52.12% | 48.28% |
| 42 | LINCOLN COUNTY: PIKE COUNTY: Precincts 1/1, 1/2, 3/11, 3/12, and 4/18 WALTHALL COUNTY: Except the Precincts of Dexter and Improve | 41,427 | -2.82% | 35.52% | 30.01% |

| Dist.<br>No. | Description | Population | Percent<br>Variance | Percent<br>Black<br>Pop. | Percent<br>Black<br>VAP |
|---|---|---|---|---|---|
| 43 | AMITE COUNTY:<br>PIKE COUNTY:<br>Except Precincts<br>1/1, 1/2, 3/11,<br>3/12, and 4/18<br>WILKINSON COUNTY:<br>The Precincts of<br>Longmires, Macedonia,<br>Centreville 1, Coons<br>Mill, Centreville 3 | 44,530 | 4.44% | 45.82% | 39.34% |
| 44 | FOREST COUNTY: The<br>Precincts of Thames,<br>Dixie Pines, Central<br>School, William<br>Carey, Eaton<br>School, Walthall<br>School, Rowan High<br>School, Lillie<br>Burney School, Blair<br>High School, Woodley<br>School, Camp School,<br>Hawkins Junior High<br>School, East Bowie,<br>Jones School, Davis<br>School, Grace<br>Christian School,<br>West Side, and<br>Pinecrest | 41,109 | -3.57% | 31.07% | 25.95% |
| 45 | PERRY COUNTY:<br>STONE COUNTY:<br>FORREST COUNTY:<br>The Precincts of<br>Dixie, Glendale,<br>Petal High, Petal-<br>Leeville, Rawls<br>Springs, Eatonville<br>School, Macedonia,<br>Sunrise, Petal-<br>Harvey, Forrest<br>County A.H.S.,<br>McCallum, McLaurin,<br>Brooklyn, Carnes,<br>and Maxie<br>HARRISON COUNTY:<br>The Precincts of<br>Riceville, Vidalia,<br>Lizana, Advance,<br>East Saucier, West<br>Saucier, East Lyman,<br>West Lyman, West<br>Orange Grove, New<br>Hope, Poplar Head,<br>Peace, Stonewall,<br>and White Plains | 41,694 | +2.20% | 15.18% | 13.32% |
| 46 | THE COUNTIES OF<br>GEORGE, GREENE,<br>and WAYNE<br>JACKSON COUNTY:<br>The Precincts of<br>Hurley, Wade, and<br>Big Point | 42,208 | -0.99% | 21.66% | 18.71% |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| 47 | JACKSON COUNTY: The Precincts of Moss Point 2, Moss Point 3, Elder Street, St. Martin, Gulf Hills, Satellite, North Fountainbleu, North Gautier, Latimer, North Vancleave, South Vancleave, Larue, Carterville, Helena, East Escatawpa, West Escatawpa, Ocean Springs 1, 2, 3, 4, Ocean Springs East, and Orange Grove | 41,785 | -1.98% | 14.80% | 12.89% |
| 48 | JACKSON COUNTY: The Precincts of Kreole, Moss Point 1, Jefferson Street, Eastside, Griffin Heights, Moss Point 4, South Fountainbleu, South Gautier, Firestation, Lake School, North Pascagoula, Pinecrest, Jackson Avenue, Eastlawn, Central Firestation, Court House, Ingalls Avenue, South Pascagoula, American Legion, 11 Street 1, 11 Street 2, Country Club, and Bayou Cassotte 1, 2, 3, and 4 | 41,636 | -2.33% | 18.54% | 16.23% |
| 49 | HARRISON COUNTY: The Precincts of Biloxi 1, 2, 3, 4, 5, 6, 7, 7A, 8, D'Iberville, North Bay, Howard Creek, and Holly Hills | 42,941 | +0.72% | 14.65% | 12.39% |
| 50 | HARRISON COUNTY: The Precincts of Gulfport 1, 2, 4, 5, 6, 7, 8, 9, 11, 12, and 15, Biloxi 9, 10, 11, East Handsboro, West Handsboro, East Mississippi City, and West Mississippi City | 42,317 | -0.74% | | |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| 51 | HARRISON COUNTY: The Precincts of Ladner, Pineville, DeLisle, Outside Long Beach, Green Acres, West North Gulfport, East North Gulfport, East Orange Grove, North Bel-Aire, South Bel-Aire, West Long Beach, East Long Beach, West Pass Christian, East Pass Christian, and Gulfport 3, 10, 13, 14 | 41,536 | -2.57 | | |
| 52 | THE COUNTIES OF HANCOCK and PEARL RIVER | 45,189 | 5.99% | 16.73% | 14.56% |

## THE MISSISSIPPI HOUSE OF REPRESENTATIVES

| Dist No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| 1 | TISHOMINGO COUNTY: Except the Precincts of Belmont and Golden ALCORN COUNTY: The Precincts of Glen, Farmington, and East Corinth | 17,515 | -3.61% | 4.64% | 3.98% |
| 2 | ALCORN COUNTY: That portion not contained in Districts 1 and 3 | 17,273 | -4.94% | 15.27% | 13.27% |
| 3 | ALCORN COUNTY: The Precincts of Rienzi, Biggersville, Bethel, Jacinto, and Union PRENTISS COUNTY: Beats 1, 2, and 5 | 17,534 | -3.50% | 11.34% | 9.10% |
| 4 | TIPPAH COUNTY: BENTON COUNTY: The Precincts of Hopewell, Fairgrounds, Canaan, Michigan City, and Lamar | 18,982 | +4.46% | 23.98% | 19.07% |

| Dist No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| 5 | MARSHALL COUNTY: The Precincts of West Holly Springs No. 1, North Holly Springs No. 1, Red Banks, North Holly Springs No. 2, Early Grove, Hudsonville, Slayden, Mt. Pleasant, Byhalia, Victoria, Cayce, Barton, South Holly Springs No. 4, Warsaw, Watson, Wallhill, Marianna, and Chulahoma | 18,535 | +2.00% | 67.31% | 62.04% |
| 6 | DESOTO COUNTY: The Precincts of Southaven West 2, Southaven West 3, Southaven East, Horn Lake, Aldens, Plum Point, Mineral Wells, Olive Branch North, Olive Branch South, Miller, and Fairhaven | 17,881 | -1.59% | 20.05% | 16.77% |
| 7 | DESOTO COUNTY: The Precincts of Walls, Lake Cormorant, Days, Eudora, Nesbit West, Oak Grove, Hernando West, Love, Hernando East, Nesbit East, Pleasant Hill, Lewisburg West, Lewisburg East, Alphalba, Cockrum, and Ingrams Mill | 18,004 | -0.91% | 50.12% | 43.76% |
| 8 | TATE COUNTY: | 18,544 | +2.05% | 47.23% | 38.90% |
| 9 | TUNICA COUNTY: PANOLA COUNTY: The Precincts of Crenshaw, Longtown, and Pleasant Grove, constituting all of Beat 2 QUITMAN COUNTY: The Precincts of Sledge and Darling, constituting all of Beat 1 | 18,188 | +0.09% | 69.46% | 62.68% |
| 10 | PANOLA COUNTY: Beats 1, 4, and 5 | 18,701 | +2.91% | 50.06% | 43.52% |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| 11 | PANOLA COUNTY: The Precincts of Courtland, East Crowder, South Curtis, East Pope, West Pope, and Tocawa, constituting all of Beat 3 QUITMAN COUNTY: All Precincts in Beats 2, 3, 4, and 5 | 17,682 | -2.69% | 53.67% | 45.90% |
| 12 | LAFAYETTE COUNTY: The Precincts of Oxford 4, Burgess, Taylor, Orwood, Shackleford, Higgenbotham, Airport Grocery, Oxford 5, Oxford 1, Oxford 3, and Oxford 2 | 18,673 | +2.76% | 24.09% | 18.00% |
| 13 | BENTON COUNTY: The Precincts of Hickory Flat, Ashland, Harris Mill, Winborn, Floyd, and Shawnee MARSHALL COUNTY: The Precincts of South Holly Springs No. 5, Lake Estates, Waterford, Potts Camp, Bethlehem, Cornerville, and Laws Hill LAFAYETTE COUNTY: The Precincts of Free Springs, Cambridge, College Hill, Abbeville, Paris, Mullins, Springs Hill, Tula, Delay, North Tula, Pine Bluff, Denmark, Lafayette Springs, Philadelphia, and Yocona YALOBUSHA COUNTY: The Precincts of North East, South East, and North West | 18,849 | +3.73% | 37.43% | 30.81% |
| 14 | UNION COUNTY: Except the Precincts of Pine-dale and West Union | 17,843 | -1.80% | 16.49% | 14.04% |
| 15 | PONTOTOC COUNTY: UNION COUNTY: The Precincts of Pine-dale and West Union | 18,616 | +2.44% | 16.64% | 13.71% |
| 16 | LEE COUNTY: Beat 4; The Precincts of Bissell, Brewer, Shannon, Richmond, Plantersville, Tupelo 5, East Heights South, Petersburg, and Kedron | 17,417 | -4.14% | 22.82% | 20.02% |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| 17 | LEE COUNTY: Beat 2; The Precincts of Belden, Eggville, Gilvo, Mooreville, Auburn, East Heights North, and Tupelo 3 | 18,134 | -0.20% | 13.50% | 12.18% |
| 18 | PRENTISS COUNTY: Beats 3 and 4 LEE COUNTY: Beat 1 | 17,421 | -4.12% | 20.85% | 17.52% |
| 19 | ITAWAMBA COUNTY: TISHOMINGO COUNTY: The Precincts of Belmont and Golden | 18,894 | +3.97% | 5.16% | 4.88% |
| 20 | MONROE COUNTY: The Precincts lying East of the Tombigbee River less the Precinct of Becker | 17,533 | -3.51% | 17.00% | 14.00% |
| 21 | LEE COUNTY: The Precinct of Nettleton MONROE COUNTY: The Precincts lying West of the Tombigbee River plus the Precinct of Becker | 17,569 | -3.31% | 43.00% | 38.00% |
| 22 | CHICKASAW COUNTY: CALHOUN COUNTY: The Precincts of Wardwell, Bentley, Sabougla, Denton, Slate Springs, Pleasant Hill and Derma No. 4 | 18,896 | +3.98% | 35.29% | 29.71% |
| 23 | YALOBUSHA COUNTY: Beats 1 and 5; The Precincts of Boat Landing, Pine Valley, West, and Leggo CALHOUN COUNTY: Beats 1, 2, and 3; The Precincts of West Vardaman, East Vardaman, Loyd, New Liberty, Calhoun City No. 4, and Derma No. 5 | 18,917 | +4.10% | 29.46% | 23.38% |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|-----------|-------------|-----------|------------------|--------------------|--------------------|
| 24 | GRENADA COUNTY: The Precincts of Holcomb, Oxberry, Pea Ridge, Hardy, Geeslin Corner, Precinct One, Precinct Four, Precinct Five, Precinct Six, Tie Plant, and Elliott YALOBUSHA COUNTY; The Precincts of Oakland, Tillatoba, and Scobey | 18,307 | +0.74% | 46.12% | 39.52% |
| 25 | MONTGOMERY COUNTY: ATTALA COUNTY: Beat 2, GRENADA COUNTY: The Precincts of Providence, Gore Springs, Mt. Nebo, Spears, Kirkman, and Futheyville | 18,089 | -0.45% | 41.96% | 35.50% |
| 26 | COAHOMA COUNTY: The Precincts of Clarksdale No. 3, Clarksdale No. 4, Lyon, Jonestown, Mattson, and Cagles Crossing | 17,794 | -2.07% | 74.79% | 68.98% |
| 27 | COAHOMA COUNTY: The Precincts of Friars Point, Lula, Clarksdale No. 1, Clarksdale No. 2, Clarksdale No. 5, and Coahoma | 18,442 | +1.49% | 51.06% | 46.02% |
| 28 | COAHOMA COUNTY: The Precincts of Roundaway, Farrell, Bobo, Sherard, and Rena Lara BOLIVAR COUNTY: The Precincts of Duncan-Alligator, Shelby, Mount Bayou, Merigold (that portion east of a line beginning at the southeast corner of Section 1, Township 24 North, Range 6 West, south to southeast corner of Section 24, west along section line to southwest corner of Section 24, south on section line to southwest corner of Section 25), and North Cleveland | 17,961 | -1.15% | 69.58% | 62.16% |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| 29 | BOLIVAR COUNTY: The Precincts of West Cleveland, West Central Cleveland, East Central Cleveland, Boyle, Merigold (that portion west of a line beginning at the southeast corner of Section 1, Township 24 North, Range 6 West, south to southeast corner of Section 24, west along section line to southwest corner of Section 24, south on section line to southwest corner of Section 25), and East Cleveland | 18,061 | -0.60% | 49.39% | 40.75% |
| 30 | BOLIVAR COUNTY: The Precincts of Gunnison, Rosedale, Pace, Benoit, Longshot, Scott, Stringtown, Shaw and Skene SUNFLOWER COUNTY: Fairview Hale Precinct | 18,017 | -0.84% | 69.15% | 61.73% |
| 31 | SUNFLOWER COUNTY: Beats 4 & 5; and the Precinct of Sunflower | 17,952 | -1.20% | 62.12% | 54.21% |
| 32 | SUNFLOWER COUNTY: The Precincts of Indianola No. 1, Indianola No. 2, Indianola No. 3, Inverness, and Moorhead | 18,676 | +2.77% | 63.47% | 55.86% |
| 33 | TALLAHATCHIE COUNTY: All Except Philipp precinct | 18,102 | -0.37% | 59.75% | 51.47% |
| 34 | LEFLORE COUNTY: The precincts of North Greenwood, West Greenwood, Southwest Greenwood, Schlater, North Itta Bena, and South Itta Bena | 17,919 | -1.38% | 37.47% | 31.93% |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| 35 | LEFLORE COUNTY: The Precincts of Central Greenwood, East Greenwood, South Greenwood, Southeast Greenwood, Rising Sun, Sidon, Morgan City, and Swifttown | 18,142 | −0.15% | 75.77% | 71.72% |
| 36 | CARROLL COUNTY: TALLAHATCHIE COUNTY: The Precinct of Phillip HOLMES COUNTY: The Precinct of West LEFLORE COUNTY: The Precincts of Minter City, Money, and Northeast Greenwood | 17,923 | −1.36% | 58.95% | 50.54% |
| 37 | The Counties of CHOCTAW and WEBSTER | 18,487 | +1.73% | 24.98% | 19.94% |
| 38 | CLAY COUNTY | 18,840 | +3.68% | 49.39% | 43.75% |
| 39 | OKTIBBEHA COUNTY: The Precincts of Maben, Sturgis, Bradley, Double Springs, Self Creek, Adaton, Northwest Starkville, Southwest Starkville, North Longview, South Longview, Southeast Starkville, and that portion of Northeast Starkville bounded by a line described as follows: beginning at a point where the Northeast Starkville precinct line intersects the eastern boundary of ED 7, thence northerly along said boundary to its intersection with U. S. Highway 82, thence easterly along said highway to its intersection with the eastern boundary of the Northeast Starkville precinct, thence northerly, westerly, southerly, and easterly along said precinct boundary to its intersection with the eastern boundary of ED 7, the point of beginning | 18,552 | +2.09% | 28.65% | 23.47% |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| 40 | NOXUBEE COUNTY: LOWNDES COUNTY: The Precinct of Crawford OKTIBBEHA COUNTY: 'The Precincts of Sessums, Oktoc and Craig Springs | 18,862 | +3.80% | 70.33% | 63.68% |
| 41 | LOWNDES COUNTY: The Precincts of Caledonia, Air Base, Rural Hill, Caldwell School, Sale School, Lee High School, Stokes Beard (that portion outside the city corporation limits) and Brandon School (that portion north of the Columbus and Greenville Railway). | 17,983 | -1.03% | 10.19% | 8.86% |
| 42 | LOWNDES COUNTY: The Precincts of New Hope, Fairview School, Coleman Elementary School, Stokes Beard (that portion within the city corporation limits), Hunt School and Franklin School | 18,765 | +3.26% | 45.22% | 40.30% |
| 43 | LOWNDES COUNTY: The Precincts of Carrier Lodge, Mitchell Memorial School, West Lowndes, Artesia, Mayhew, that portion of Brandon School south of the Columbus and Greenville Railway OKTIBBEHA COUNTY: The Precincts of Hickory Grove, Bell School House, Osborn, and Northeast Starkville, except for that portion bounded by a line described as follows: beginning at a point where the Northeast Starkville precinct line intersects the eastern boundary of ED 7, thence northerly along said boundary to its | | | | |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| | intersection with U. S. Highway 82, thence easterly along said highway to its intersection with the eastern boundary of the Northeast Starkville precinct, thence northerly, westerly, southerly and easterly along said precinct boundary to its intersection with the eastern boundary of ED 7, the point of beginning | 18,578 | +2.23% | 36.25% | 27.34% |
| 44 | KEMPER COUNTY: LAUDERDALE COUNTY: The Precincts of Meehan, Sageville, South Nelliesburg, Valley, Obadiah, Shucktown, Pine Springs, Nelliesburg, School Gap, Post, Collinsville, Suqualena, Schamberville, Martin, Center Hill, West Lauderdale, Daleville, Lizelia, Andrews Chapel, Bailey, Prospect, and Covington. | 18,849 | +3.73% | 39.33% | 32.98% |
| 45 | WINSTON COUNTY | 18,406 | +1.29% | 39.10% | 33.23% |
| 46 | NESHOBA COUNTY: Except the Precincts of New Woodland, Zephyr Hill and New Coldwater. | 19,034 | +4.74% | 20.73% | 16.90% |
| 47 | NESHOBA COUNTY: The Precincts of New Woodland, Zephyr Hill and New Coldwater LEAKE COUNTY | 18,853 | +3.75% | 33.11% | 28.65% |
| 48 | ATTALA COUNTY: Beats 1, 3, 4, and 5 | 18,002 | -0.93% | 41.36% | 35.12% |
| 49 | HOLMES COUNTY: The Precincts of Cruger, Thornton, Lexington 4, Lexington 1, Durant, Goodman, Pickens, Ebenezer, and Coxburg | 18,510 | +1.86% | 66.87% | 59.49% |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| 50 | HUMPHREYS COUNTY:<br>HOLMES COUNTY: The Precinct of Tchula | 17,971 | -1.10% | 66.90% | 60.23% |
| 51 | WASHINGTON COUNTY:<br>The Precincts of<br>1-1, 2-2, and 5-5 | 17,617 | -3.04% | 73.36% | 68.35% |
| 52 | WASHINGTON COUNTY:<br>The Precincts of 3-4, 4-1, 5-4, and that portion of 3-3 bounded by a line described as follows: Beginning at the intersection of Hinds Street and Magnolia Street, thence southerly along Hinds Street to West Union Street, to North Poplar Street, to Alexander Street East, to Shelby Street North, to Main Street, thence along Main Street and Main Street extended to its intersection with the western boundary of precinct 3-3, thence northerly and easterly along said boundary to the point of beginning. | 17,810 | -1.98% | 37.55% | 33.38% |
| 53 | WASHINGTON COUNTY: The Precincts of 5-1, 5-2, 5-3, 2-4, 4-2, 4-3, and that portion of 2-1 not contained in District 54. | 19,055 | +4.86% | 62.20% | 55.63% |
| 54 | WASHINGTON COUNTY:<br>The Precincts of 1-2, 3-1, 3-2, 1-4, 2-3, that portion of 2-1 described as follows: beginning at the intersection of State Highway 1 with Reed Road, thence southerly along State Highway 1 to its intersection with Barbara Street, thence generally westward along Barbara Street and Barbara Street extended for about 2075 feet, thence generally southerly along a line parallel to Irby Street | | | | |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| | extended for about 900 feet to the extension of Pauline Street, and thence generally westward along Pauline Street extended for about 1200 feet to Canal Street which is the westerly boundary of precinct 2-1, thence northerly and then easterly along the boundary of said precinct to the point of beginning; and 1-3 and that portion of 3-3 not contained in District 52 SHARKEY COUNTY: Beat 5 | 17,901 | -1.48% | 46.89% | 40.14% |
| 55 | ISSAQUENA COUNTY: SHARKEY COUNTY: Precincts in Beats 1, 2, 3, & 4 WARREN COUNTY: The Precincts of Oak Ridge, Redwood, Cedar Grove, Kings, and Culkin | 17,978 | -1.06% | 50.56% | 44.64% |
| 56 | WARREN COUNTY: The Precincts of American Legion, Central Fire Station, St. Aloysius, Auditorium, Walters & Brunswick | 18,745 | +3.15% | 60.99% | 56.22% |
| 57 | WARREN COUNTY: The Precincts of No. 7 Fire Station, Jett, Jonestown, Yokena, Redbone, Goodrum, Tingle, Bovina, and Beechwood | 18,130 | -0.22% | 21.57% | 20.17% |
| 58 | YAZOO COUNTY: The Precincts of Valley, Benton, Free Run, West Midway, Lake City, South City Hall, Robinette, Center Ridge, North City Hall, West Courthouse, East Courthouse, East Lintonia, West Lintonia, Carter, Eden and Zion. | 19,011 | +4.62% | 49.40% | 44.95% |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| 59 | MADISON COUNTY: Beats 4 and 5; The Precincts of Canton 1, Canton 2, Canton 3, Canton 4, Canton 5, and that portion of Canton 6 east of Highway I-55 | 18,977 | +4.43% | 66.67% | 59.93% |
| 60 | MADISON COUNTY: Beat 3; The Precincts of Canton 6 (that portion west of Highway I-55), Smith School, and Flora YAZOO COUNTY: The Precincts of Dover, East Bentonia, West Bentonia, Fugates, Deasonville, Harttown, East Midway, Mechanicsburg, Phoenix, Sartartia, Enola, Fairview and Holly Bluff | 19,053 | +4.85% | 58.16% | 52.57% |
| 61 | RANKIN COUNTY: The Precincts of North Pelahatchie, Leesburg, Pisgah, Fannin, Oakdale, Holbrook, Skyway Hills, North McLaurin, Patton Place, Flowood, West Pearson, Henry Grady, Castlewoods, Reservoir, South McLaurin, South Pelahatchie, Shiloh, Crossroads, North Pearson and Crossgates | 17,460 | -3.91 | 22.20% | 20.00% |
| 62 | RANKIN COUNTY: The Precincts of Antioch, Mayton, Puckett, County Line, Cato, Johns, Dobson, Dry Creek, West Brandon, East Brandon, North Brandon, Whitfield, Spring Hill, Shoto, West Pearl, Pearl, Cunningham Heights & South Pearson | 17,368 | -4.42 | 37.00% | 34.00% |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| 63 | COPIAH COUNTY: The Precincts of Crystal Springs East, Carpenter, and Crystal Springs West; RANKIN COUNTY: The Precincts of Star, Monterey, East Steens Creek, North Plain, South Plain, Cleary, West Steens Creek, Clear Branch, and Mt. Creek SIMPSON COUNTY: The Precincts of Pearl, Fork Church, & Harrisville. | 17,447 | -3.98% | 33.20% | 28.73% |

## HOUSE DISTRICTS

### CASE # 3830 (A)

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| 64 | HINDS COUNTY: Precincts 41, 44, 45, 78, 79, 80, 81, 82, 83, and Cynthia | 17,807 | -2.00% | 9.05% | 7.73% |
| 65 | HINDS COUNTY: Precincts 13, 35, 36, 37, 38, 39, 40, 42, 43, and that portion of precinct 17 not in District 66, and that part of Precinct 16 north of Ridgeway Street | 17,473 | -3.84% | 15.24% | 12.51% |
| 66 | HINDS COUNTY: Precincts 5, 6, 8, 9, 14, 15, 16, less and except that part of 16 north of Ridgeway Street, that portion of precinct 17 described as follows: beginning at the intersection of State Street and Ridgeway Street, proceeding north on State Street to Council Circle, thence east and south along Council Circle to Mohawk Avenue, proceeding east on Mohawk to Sherwood Drive, thence generally southeasterly along Sherwood Drive to Hawthorne Drive, | | | | |

| Dist No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| | thence south on Hawthorne Drive to the boundary of precinct 17, thence generally westerly along the southern boundary of the precinct to the point of beginning, precincts 32, 33, and 34 | 17,663 | -2.79% | 3.68% | 2.72% |
| 67 | HINDS COUNTY: Precincts 21, 22, 23, 27 percinct 28 north of Ridgeway, precincts 29, 30, and 61 and that part of 83 west of the Illinois Central Gulf Railroad and east of the Western boundary of old precinct 27 | 17,521 | -3.57% | 78.09% | 71.87% |
| 68 | HINDS COUNTY: Precincts 11, 12, 20, that portion of precinct 28 south of Ridgeway, precincts 31, 55, and 56 | 17,270 | -4.95% | 80.89% | 74.53% |
| 69 | HINDS COUNTY: Precincts 51, 53, 54, 57, 58, 63, 64, ¬ss and except that part of 64 south of Highway 80, that portion of precinct 52 west of Prentiss, and precinct 66 | 17,997 | -0.95% | 74.36% | 69.70% |
| 70 | HINDS COUNTY: Precincts 1, 2, 4, 10, 18, 19, 50, and that portion of precinct 52 east of Prentiss | 18,761 | +3.24% | 75.30% | 68.78% |
| 71 | HINDS COUNTY: Precincts 47, 71, 72, 73, 75, 76, 77 and that part of 97 North of McDowell Road and that part of 64 south of Raymond Road | 18,280 | +0.59% | 9.22% | 7.98% |
| 72 | HINDS COUNTY: Precincts 24, 25, 26, 59, 60, 62, 67, 68, 69, 70 and that part of 64 between Raymond Road and U.S. Highway 80 | 17,996 | -0.96% | 5.83% | 4.93% |
| 73 | HINDS COUNTY: The Precincts of Pocahontas, Tinnin, Brownsville, Bolton, Edwards, Raymond No. 1, Raymond No. 2, Learned, Cayuga, Utica No. 1, Utica No. 2, Chapel Hill | 18,406 | +1.29% | 66.79% | 59.02% |
| 74 | HINDS COUNTY: The Precincts of Pinehaven, Clinton Nos. 1, 2, 3, and 4, and Jackson Precincts 85, 86, 87, and 88 | 17,708 | -2.54% | 32.17% | 26.19% |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| 75 | HINDS COUNTY: The Precincts of Springridge, Byram, Dry Grove, Terry, Old Byram, and Jackson Precincts 89 through 97, and 74 | 18,091 | -0.44% | 17.93% | 15.25% |
| 76 | SCOTT COUNTY: Except the Precincts of High Hill, Lake, Usry, Salem, Langs Mill, and Northeast Forest | 17,412 | -4.17% | 34.01% | 30.14% |
| 77 | COPIAH COUNTY: Except the Precincts of Crystal Springs East, Crystal Springs West, and Carpenter | 18,588 | +2.29% | 50.96% | 44.18% |
| 78 | SIMPSON COUNTY: Except the Precincts of Pearl, Fork Church and Harrisville | 17,766 | -2.22% | 30.83% | 26.34% |
| 79 | NEWTON COUNTY: Except the Precincts of Hazel and Lawrence | 17,533 | -3.51% | 26.72% | 22.68% |
| 80 | SMITH COUNTY: SCOTT COUNTY: The Precincts of High Hill, Lake, Usry, Salem, Langs Mill, and Northeast Forest | 17,518 | -3.59% | 22.94% | 18.42% |
| 81 | JASPER COUNTY: NEWTON COUNTY: The Precincts of Hazel and Lawrence | 17,444 | -4.00% | 45.38% | 38.92% |
| 82 | JONES COUNTY: The Precincts of Stone Deavours School, City Barn, Sandy Gavin School, Oak Park School, Ovett, Crotts, Tuckers, Glade, Northeast School, Myrick, Erata, Sandersville School, and Courthouse | 18,005 | -0.91% | 33.53% | 29.47% |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|-----------|-------------|-----------|------------------|--------------------|--------------------|
| 83 | LAUDERDALE COUNTY: The Precincts of Meridian 1A, 1B, 2B, 5E, South Gap, East Gap, Russell, Kewanee, Toomsuba, Dalewood, East Lauderdale, Lockhart, East Marion, Lauderdale, Ponta, Alamucha, Vimville, Marion, Odom, Bonita, Chapman, Long Creek, South Marion, and that area outside the city of Meridian South of the South Marion precinct and west of Highway 45 | 18,496 | +1.78% | 20.75% | 16.85% |
| 84 | LAUDERDALE COUNTY: The Precincts of Meridian 2C, 4C, 4D, 5A, and 5B | 18,485 | +1.72% | 58.45% | 51.41% |
| 85 | LAUDERDALE COUNTY: The Precincts of Meridian 1C, 2A, 3A, 3B, 3C, 4A, 4B, and 5C | 18,596 | +2.33% | 18.54% | 16.50% |
| 86 | CLARKE COUNTY: LAUDERDALE COUNTY: The Precincts of Whynot, Causeyville, Center Grove, Zero, Pickard, Carmichael, Clarksdale, Jones Store, and Wanita | 17,943 | −1.25% | 34.15% | 29.49% |
| 87 | CLAIBORNE COUNTY: JEFFERSON COUNTY: Beats 2, 3, 4, and 5 | 18,442 | +1.49% | 75.77% | 71.55% |
| 88 | JONES COUNTY: The Precincts of Mason School, 26th Street Fire Station, Anthony's Florist, Nora Davis, Harper Transfer, Sharon, Shady Grove, Matthews, West Jones School, Calhoun, Gitano, Soso, Bruce, Centerville, Hebron, Pleasant Ridge, and Blackwell. | 18,433 | +1.44% | 29.85% | 25.69% |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| 89 | WAYNE COUNTY: JONES COUNTY: The Precincts of Rustin and Sandersville | 18,530 | +1.97% | 31.83% | 27.44% |
| 90 | JONES COUNTY: The Precincts of Lamar School, Prentiss School, Maddox School, Fairgrounds, Pendorf, Sandhill, Rainey, Pine Grove, County Barn, Union, Moselle, Shelton, Ellisville No. 1, and Ellisville No. 2 | 18,039 | -0.72% | 10.19% | 9.34% |
| 91 | COVINGTON COUNTY: JEFFERSON DAVIS COUNTY: Beats 2 and 3, and Clem precinct | 19,078 | +4.99% | 36.91% | 31.46% |
| 92 | LAWRENCE COUNTY: JEFFERSON DAVIS COUNTY: Beats 1, 4 (less Clem precinct), and 5. | 18,997 | +4.54% | 40.00% | 35.43% |
| 93 | LINCOLN COUNTY: Beat 2; The Precincts of Fair River, Brookhaven High School, Courthouse, Ole Brook, Southeast Brookhaven, Halbert Heights, City Hall, Zetus, Loyd Star, and Northwest Brookhaven | 18,748 | +3.17% | 33.93% | 29.24% |
| 94 | LINCOLN COUNTY: The Precincts of Johnson, Arlington, Johnson Grove, Ruth, Norfield, Bogue Chitto, Enterprise, East Lincoln, and McClendon PIKE COUNTY: The Precincts of 4/18, 4/17, 3/16, 3/13, 3/12, 3/11, 4/19, 5/27, 5/26, 1/1, 1/2, and 1/3 | 18,219 | +0.26% | 39.84% | 33.93% |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| 95 | ADAMS COUNTY: The Precincts in Beat 4, and Carpenter No. 1 in Beat 2; Concord and Somerset in Beat 3; and Anchorage in Beat 5 | 17,482 | -3.79% | 69.40% | 66.45% |
| 96 | ADAMS COUNTY: The Precincts of Courthouse, By-Pass Fire Station, and Bellemont in Beat 1; Duncan Park, Beau Pre and Kingston in Beat 2; Palestine and Liberty Park in Beat 3; Morgan-town, Oakland, and Wash-ington in Beat 5. | 18,332 | +0.88% | 25.79% | 22.59% |
| 97 | FRANKLIN COUNTY: JEFFERSON COUNTY: Beat 1 LINCOLN COUNTY: The Pre-cincts of Vaughn, Caseyville, Old Red Star, and West Lincoln AMITE COUNTY: Beat 3, and the Precincts of New Zion, Zion Hill, South Gloster, Smithdale, Liberty, and Tangipahoa | 18,751 | +3.19% | 41.67% | 34.99% |
| 98 | WILKINSON COUNTY: AMITE COUNTY: The Precincts of East Liberty, South Liber-ty, Graves, Walls, Riceville, Tickfaw, Ariel, Berwick, East Centreville, Street, and East Fork ADAMS COUNTY: Clover-dale Precinct | 18,742 | +3.14% | 63.49% | 57.66% |
| 99 | PIKE COUNTY: The Precincts of 2/8, 5/25, 2/9, 2/7, 4/20, 3/14, 4/21, 3/15, 1/5, 5/22, 1/4, 5/23, 2/6, 2/10, and 5/24 | 18,785 | +3.37% | 40.56% | 34.98% |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| 100 | WALTHALL COUNTY: MARION COUNTY: The Precincts of Sandy Hook, Union, Hub, Pine Burr, Balls Mill, Pittman, and Kokomo | 17,583 | –3.24% | 40.28% | 34.25% |
| 101 | MARION COUNTY: Beats 1, 2, and 3, and the Precincts of East Columbia, South Columbia, and Courthouse | 17,788 | –2.10% | 28.71% | 24.66% |
| 102 | LAMAR COUNTY: FORREST COUNTY: The Precincts of Brooklyn, Carnes, Maxie, and Rawls Springs | 17,448 | –3.97% | 12.20% | 10.58% |
| 103 | FORREST COUNTY: The Precincts of Woodley School, Blair High School, Grace Christian School, Hawkins Junior High (west of Main Street), Pinecrest, Westside, and Thames School | 18,853 | +3.75% | 1.54% | 1.48% |
| 104 | FORREST COUNTY: The Precincts of Hawkins Junior High School (that portion east of Main Street), Jones School, East Bowie, Walthall School, Eaton School, Rowan High School, Lillie Burney School, William Carey, Dixie Pine, and Camp School | 18,623 | +2.48% | 58.53% | 52.28% |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| 105 | FORREST COUNTY: The Precincts of Eatonville, Glendale, Petal-Leeville, Macedonia, Petal High School, Petal-Harvey School, Sunrise, McCallum, McLaurin, Forrest County Agricultural High School, Dixie, Central School, and Davis School | 18,134 | -0.20% | 15.66% | 14.07% |
| 106 | GREENE COUNTY: PERRY COUNTY: | 17,610 | -3.08% | 24.21% | 21.19% |
| 107 | STONE COUNTY: The Precincts of Elarbee, Thomas Price, Red Creek, South Central Wiggins, Perkinston, and McHenry; HARRISON COUNTY: The Precincts of Ladner, Lizana, Vidalia, West Lyman, Riceville, Advance, and West Saucier; PEARL RIVER COUNTY: The Precincts of Hillsdale, Byrd Line, Hickory Grove, Caesar, Salem, Henleyfield, Gum Pond, Wolf River, Poplarville East, Oak Hill, White Sand, Buck Branch, Poplarville West, Progress, Silver Run, Savannah, Derby, Ford's Creek, McNeill, and Steep Hollow | 17,596 | -3.16% | 14.32% | 12.32% |
| 108 | GEORGE COUNTY: STONE COUNTY: The Precincts of Bond, Central Wiggins, East Central Wiggins, Tuxechena, Flint Creek, Wisdom, and Pleasant Hill | 17,363 | -4.44% | 13.23% | 10.92% |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| 109 | PEARL RIVER COUNTY: The Precincts of Mill Creek, Pine Grove, Picayune 4, Nicholson, Picayune 5, Carriere, Picayune 3, Picayune 2, Picayune 1, and Ozona | 17,362 | -4.45% | 22.01% | 19.76% |
| 110 | JACKSON COUNTY: The Precincts of Wade, Hurley, Big Point, Orange Grove, Helena, East Escatawpa, West Escatawpa, Bayou Casotte No. 4, Bayou Casotte No. 3, and Jefferson Street | 18,424 | +1.39% | 7.69% | 6.63% |
| 111 | JACKSON COUNTY: The Precincts of Griffin Heights, Eastside, Moss Point No. 1, Moss Point No. 2, Moss Point No. 3, Moss Point No. 4, Elder Street, and Kreole. | 18,254 | +0.45% | 41.81% | 36.76% |
| 112 | JACKSON COUNTY: The Precincts of Bayou Casotte No. 1, Bayou Casotte No. 2, Pinecrest, Country Club, Jackson Avenue, Eastlawn, Central, North Pascagoula, Ingalls Avenue, American Legion, South Pascagoula, 11th Street No. 1, and 11th Street No. 2 | 17,772 | -2.19% | 14.26% | 13.03% |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| 113 | JACKSON COUNTY: The Precincts of North Gautier, Courthouse, Fire Station, Lake School, Carterville, Larue, North Vancleave, South Vancleave, Latimer, St. Martin, and South Gautier; HARRISON COUNTY: The Precinct of D'Iberville | 18,530 | +1.97% | 9.13% | 7.94% |
| 114 | JACKSON COUNTY: The Precincts of South Fountainbleau, Ocean Springs No. 1, Ocean Springs No. 2, Ocean Springs No. 3, Ocean Springs No. 4, Ocean Springs East, Gulf Hills, Satellite, and North Fountainbleau | 17,422 | -4.12% | 5.63% | 5.07% |
| 115 | HARRISON COUNTY: The Precincts of Biloxi 1, Biloxi 2, Biloxi 3, Biloxi 4, Biloxi 5, Biloxi 6, and Biloxi 7 | 18,735 | +3.10% | 28.92% | 24.42% |
| 116 | HARRISON COUNTY: The Precincts of North Bay, Holly Hills, Biloxi 7A, and that portion of Biloxi 8 not located in District 117. | 18,291 | +0.66% | 4.42% | 4.97% |
| 117 | HARRISON COUNTY: The Precincts of Biloxi 9, Biloxi 10, Biloxi 11, and that portion of East Handsboro (south of Pass Christian Road), and that portion of Biloxi 8 west of Keesler Air Force Base and west of St. Charles Avenue. | 18,646 | +2.61% | 3.40% | 3.55% |

| Dist. No. | Description | Population | Percent Variance | Percent Black Pop. | Percent Black VAP |
|---|---|---|---|---|---|
| 118 | HARRISON COUNTY: The Precincts of West Handsboro, East Mississippi City, West Mississippi City, Gulfport 6, Gulfport 7, Gulfport 11, Gulfport 12, Gulfport 15, and part of East Handsboro (north of Pass Christian Road). | 18,499 | +1.80% | 9.83% | 8.32% |
| 119 | HARRISON COUNTY: The Precincts of West North Gulfport, East North Gulfport, Gulfport 3, Gulfport 4, Gulfport 5, Gulfport 8, Gulfport 9, and Gulfport 13 | 18,224 | +0.29% | 47.57% | 39.65% |
| 120 | HARRISON COUNTY: The Precincts of Gulfport 1, Gulfport 2, Gulfport 10, Gulfport 14, East Long Beach, West Long Beach, East Pass Christian, and West Pass Christian | 18,091 | -0.44% | 20.43% | 17.83% |
| 121 | HARRISON COUNTY: The Precincts of White Plains, Howard Creek, Stonewall, Peace, Poplar Head, East Lyman, East Saucier, New Hope, Outside Long Beach, Green Acres, West Orange Grove, Pineville, DeLisle, East Orange, South Bel-Aire and North Bel-Aire. | 17,710 | -2.53% | 8.23% | 7.10% |
| 122 | HANCOCK COUNTY | 17,387 | -4.31% | 14.18% | 12.34% |

IT IS ORDERED, ADJUDGED, and DECREED that the within and foregoing is the final judgment of this Court as to the geographical descriptions of the various legislative districts therein described.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the Court retains jurisdiction of this case for the limited purpose of appropriately disposing of such ancillary matters, not going to the merits of the case, as costs, attorneys fees, appropriate action as to those precincts which have been divided by this Order, and the like.

Our purpose is to enter a final judgment on the merits in this legislation in order that any party wishing to do so may promptly appeal to the Supreme Court of the United States as per its most recent Order in this case.

It being made known to the Court that the Counties of DeSoto, Panola and Yazoo have recently been redistricted in compliance with the one man one vote rule, the Court retains jurisdiction for the purpose of making any necessary amendment to this Judgment within ten (10) days in order that reapportionment plans will coincide within the electoral situation in said counties.

In order that the corrections herein appearing may be accomplished, our previous Judgment of April 11, 1979, filed herein is hereby withdrawn and set aside.

The Attorney General of Mississippi, one of the defendants in this case, will provide three (3) copies of this Judgment to all Circuit Clerks in the State of Mississippi, and one copy to each of the members of the Legislature.